DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH POLO, INC.,**
Appellant,

v.

**THE VILLAGE OF WELLINGTON** and **ACME IMPROVEMENT DISTRICT,**
Appellees.

No. 4D16-3490

[September 28, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 2014CA006176 XXXXMB.

Alexander L. Domb of Alexander L. Domb, P.A., Wellington, for appellant.

Claudio Riedi of Lehtinen Schultz Riedi Catalano & de la Fuente, PLLC, Miami, and Laurie Stilwell Cohen, Wellington, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***